UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER TOEBE CONSTRUCTION CO.,
et al,

      Plaintiffs,                       CIVIL ACTION NO. 05-73605

v.                                          HONORABLE AVERN COHN

KARD WELDING, INC.,

      Defendant.
                                     /

**ORDER SETTING DEADLINES**
**RE: PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW**

On September 18, 2008 the bench trial concluded in this matter. The following dates are set regarding the filing of proposed findings of facts and conclusions of law:

    Plaintiffs' to be filed by **October 10, 2008**.

    Defendant's to be filed by **October 31, 2008**.

    No reply shall be filed unless requested by the Court.

**SO ORDERED.**


Dated: September 18, 2008            s/Avern Cohn
                                             AVERN COHN
                                             UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 18, 2008, by electronic and/or ordinary mail.

                                                         s/Julie Owens
                                                       Case Manager, (313) 234-5160